**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARGARET R. TRAMMELL and | * | |
| ROBERT TRAMMELL | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| V. | * | NO: 4:16CV00065  SWW |
| | * | |
| CITIMORTGAGE, INC., HUDSON | * | |
| CITY SAVINGS BANK, and M&T | * | |
| BANK CORPORATION | * | |
| | * | |
| Defendants | * | |

## AGREED DISMISSAL WITHOUT PREJUDICE

Pursuant to the parties' stipulation of dismissal, this action is DISMISSED WITHOUT

PREJUDICE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each

side to bear its own costs of court and fees.

IT IS SO ORDERED THIS 12TH DAY OF APRIL, 2017.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE